1  JOHN F. BAUM (SBN 148366)
   jbaum@hkemploymentlaw.com
2  AMY A. DURGAN (SBN 245325)
   adurgan@hkemploymentlaw.com
3  JACOB R. SWISS (SBN 282738)
   jswiss@hkemploymentlaw.com
4  HIRSCHFELD KRAEMER LLP
   505 Montgomery Street, 13th Floor
5  San Francisco, CA  94111
   Telephone:  (415) 835-9000
6  Facsimile:  (415) 834-0443

7  Attorneys for Defendant
   Wyndham Vacation Ownership, Inc.
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | Kai Zou and Brookelyn Thibodeaux,  | Case No.: 3:15-cv-02587-JST
13 |          Plaintiff,                | **STIPULATION TO VACATE ENTRY OF DEFAULT AND [PROPOSED] ORDER**
14 | vs.                                |
15 | Wyndham Vacation Ownership, Inc. and DOES 1 to 20, |
16 |          Defendant.                |

19     Plaintiffs Kai Zou and Brookelyn Thibodeaux ("Plaintiffs") and Defendant Wyndham

20 Vacation Ownership, Inc. ("Defendant"), by and through their attorneys of record, agree as

21 follows:

22     WHEREAS Plaintiffs filed a Complaint in U.S. District Court Northern District of

23 California against Defendant on June 10, 2015;

24     WHEREAS Plaintiffs served Defendant on June 12, 2015 at Defendant's Napa, California

25 site;

26     WHEREAS due to an administrative error, the served Complaint was not forwarded to

27 Defendant's corporate offices and Defendant's in-house counsel did not receive the served

28 documents;

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WHEREAS Defendant did not respond to the Complaint and Default was entered by the Clerk on July 10, 2015;

IT IS THEREFORE STIPULATED that:

1. The Default entered against Defendant on July 10, 2015, be vacated, and

2. Defendant will file an Answer to the Complaint within three business days of vacating entry of default.

3. The date set by this Court for the Case Management Conference is not impacted by this Stipulation.

Dated: July 15, 2015

LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO

By: /s/ Matthew J. Wayne
Angela Alioto
Matthew J. Wayne
Attorneys for Plaintiffs
Kai Zou and Brookelyn Thibodeaux

Dated: July 15, 2015

HIRSCHFELD KRAEMER LLP

By: /s/ John F. Baum
John F. Baum
Amy A. Durgan
Jacob R. Swiss
Attorneys for Defendant
Wyndham Vacation Ownership, Inc.

**ORDER**

Good cause appearing and pursuant to the parties' Stipulation:

IT IS HEREBY ORDERED that the Clerk's entry of Default against Defendant Wyndham Vacation Ownership, Inc. on July 10, 2015 is hereby

Dated: July 16, 2015

_____
Honorable
United States

*IT IS SO ORDERED*
Judge Jon S. Tigar

3
STIPULATION TO VACATE ENTRY OF DEFAULT AND [PROPOSED] ORDER
CASE NO.: 3:15-CV-02587-JST