UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZOU, et al.,

        Plaintiffs,

   v.

WYNDHAM VACATION OWNERSHIP, INC.,

        Defendant.

Case No. 15-cv-02587-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 27

    The parties have filed a stipulation of dismissal dated February 4, 2016, stating that they have agreed to voluntarily dismiss the action with prejudice. ECF No. 27. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case has been dismissed with prejudice. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: February 4, 2016

                                  JON S. TIGAR
                              United States District Judge